ACCEPTED
06-15-00030-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 1:30:04 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00030

| | | |
|---|---|---|
| **LETA YORK** | § | **IN THE** |
| **Appellant,** | § | |
| | § | |
| **V.** | § | **SIXTH COURT** |
| | § | |
| **TODD BOATMAN** | § | |
| **Appellee.** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 1:30:04 PM
DEBBIE AUTREY
Clerk

## FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Leta York, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 62ND Judicial District Court of Hopkins County, Texas.

2.    The case below was styled <u>Leta York vs.Todd Boatman</u>, and numbered CV 41400.

3.    This is a civil case involving title to land.  There is no question for immediate possession of the land.

4.    Notice of appeal was given on JUNE 19, 2015.

5.    The clerk's record was filed on July 23, 2015; the reporter's record was filed on September 4, 2015.

6. The appellate brief is presently due on October 5, 2015.

7. Appellant requests an extension of time of 14 days from the present date, i.e. October 19, 2015.

8. No extension to file the brief has been received in this cause.

9. Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney has had a death in the family during the last 30 days and has had extensive preparation for a jury trial and other hearings that were not originally foreseen. He is almost complete with the brief, but needs just a few more days to complete it. Appellee is in agreement with this extension.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

SMITH & SMITH LAW FIRM
300 Oak Avenue
Sulphur Springs, TX 75482
Tel: (903) 439-3000
Fax: (903) 439-3110

By:_____
Phil Smith
State Bar No. 18664400
psmith300@hotmail.com
Attorney for Leta York

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2015, a true and correct copy of the above and foregoing document was served on Larry A. Powers by fax to 903-885-1199.

_____
Phil Smith

## CERTIFICATE OF CONFERENCE

This is to certify that I have personally spoken to the other attorney, Larry A. Powers, and he has agreed to this request for extension of time to file Appellant's brief.

_____
Phil Smith

**STATE OF TEXAS** §
§
**COUNTY OF HOPKINS** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Phil Smith, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Phil Smith
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on October 5, 2015 ,

2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

JANE E. SMITH
MY COMMISSION EXPIRES
February 14, 2019